# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AHMED ADNAN MOHAMMAD AHJAM (ISN 326), | ) ) ) ) |  |
| Petitioner, | ) ) |  |
| v. | ) ) | Civil Action No. 09-745 (RCL) |
| BARACK OBAMA, *et al.* | ) ) ) |  |
| Respondents. | ) ) |  |

## [~~PROPOSED~~] ORDER

Upon consideration of Petitioner's Motion for an Order Setting a Hearing Date, dkt. no. 1763, and Respondents' Opposition and Cross-Motion for a Stay of Briefing in Light of Lapse of Appropriations, it is hereby:

ORDERED that Petitioner's Motion is ~~DENIED~~ *GRANTED*; and *Hearing on Partial Summary Judgment Set for Nov. 19, 2013, at 10 a.m.*

It is FURTHER ORDERED that Respondent's Cross-Motion is ~~GRANTED; and~~ *DENIED*

It is FURTHER ORDERED that the briefing schedule entered in the Order of this Court dated July 22, 2013 shall be stayed until appropriations for the Department of Justice and Respondents have been restored; and

It is FURTHER ORDERED that, once appropriations have been restored, counsel for Respondents shall notify this Court promptly; and

It is FURTHER ORDERED that, at that time, Respondents shall provide the Court with a Proposed Order containing dates for a revised briefing schedule.

*Respondents' opposition due Oct. 30, 2013.*
*Petitioner's reply due Nov. 13, 2013.*

IT IS SO ORDERED.

_10/16/13_
(Date)

_____
United States District Judge